# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**REGGIE JOE PATTERSON**                                                    **PETITIONER**

**v.**                      **NO. 5:09CV00141 BSM**

**LARRY NORRIS, Director of the**                                **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

The court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a *de novo* review of the record, the court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects. The petition for writ of habeas corpus filed by petitioner Reggie Joe Patterson is dismissed. All requested relief is denied, and judgment will be entered for respondent Larry Norris.

IT IS SO ORDERED this 8th day of January, 2010.

                                               UNITED STATES DISTRICT JUDGE