IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**REGGIE JOE PATTERSON**                                            **PETITIONER**

v.                  NO. 5:09CV00141 BSM

**LARRY NORRIS, Director of the**                                 **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Pursuant to the order entered this day, judgment is entered for respondent Larry Norris. The petition for writ of habeas corpus filed by petitioner Reggie Joe Patterson is dismissed, and all requested relief is denied.

IT IS SO ORDERED this 8th day of January, 2010.

                                               _____
                                               UNITED STATES DISTRICT JUDGE